

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| MARTHA A. DELGADO, | § | No. 08-17-00163-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| JOSE LUIS DELGADO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2015DCM5202) |
|  | § |  |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **February 23, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Marlene Gonzalez, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 23, 2018.

IT IS SO ORDERED this 16th day of January, 2018.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.